| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| 3 | KATHRYN R. WATSON |
| | Special Assistant United States Attorney |
| 4 | California Bar No. 244142 |
| |     333 Market Street, Suite 1500 |
| 5 |     San Francisco, California 94105 |
| |     Telephone: (415) 977-8928 |
| 6 |     Facsimile: (415) 744-0134 |
| |     E-Mail: kathryn.watson@ssa.gov |

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| OLGA FONSECA, | ) |
| | ) Case No. 1:10-CV--01996-DLB |
|     Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO EXTEND |
| v. | ) TIME |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that Defendant's time for answering Plaintiff's Complaint (Dkt. # 1) is hereby extended 30 days from February 22, 2011 to March 24, 2011. This is Defendant's first request for an extension in this case.

///
///
///
///
///
///
///

Defendant needs the additional time to compile the administrative record.

                                  Respectfully submitted,

Dated: February 22, 2011           */s/ Young C. Cho*
                                        (authorized by email)
                                        YOUNG C. CHO
                                        Attorney for Plaintiff

Dated February 22, 2011            BENJAMIN B. WAGNER
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       */s/ Kathryn R. Watson*
                                       KATHRYN R. WATSON
                                       Special Assistant United States Attorney

IT IS SO ORDERED.

    **Dated:   February 22, 2011**              **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE