BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8928
    Facsimile:  (415) 744-0134
    E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| OLGA FONSECA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 1:10-CV-01996-DLB<br><br>STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    Upon remand, an Administrative Law Judge (ALJ) will reassess claimant's credibility, as well as the weight afforded to treating source opinions, and take any additional action warranted by the evidence.  Further, the ALJ will update the medical record.  The claimant will be offered an opportunity for a hearing.

//

//

//

Defendant will lodge a proposed Judgment of Remand concurrent with the filing of this stipulation.

Respectfully submitted,

Dated: June 8, 2011

*/s/ Young Cho*
(As authorized via email)
YOUNG CHO
Attorney for Plaintiff

Dated: June 8, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Kathryn R. Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney
Social Security Administration

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand"), **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation of Remand.

IT IS SO ORDERED.

Dated:   **June 15, 2011**          **/s/ Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE