1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Olga Fonseca

7

8

9

10                **UNITED STATES DISTRICT COURT**

11                **EASTERN DISTRICT OF CALIFORNIA**

12

13  OLGA FONSECA,                        ) Case No.: CV 10-1996 DLB
                                         )
14          Plaintiff,                   ) STIPULATION AND
                                         ) ORDER FOR THE AWARD AND
15      vs.                              ) PAYMENT OF ATTORNEY FEES
                                         ) AND EXPENSES PURSUANT TO
16  MICHAEL J. ASTRUE,                   ) THE EQUAL ACCESS TO JUSTICE
    Commissioner of Social Security,     ) ACT, 28 U.S.C. § 2412(d)
17                                       )
            Defendant.                   )
18                                       )
                                         )
19

20      TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF

21  THE DISTRICT COURT:

22      IT IS HEREBY STIPULATED by and between the parties through their

23  undersigned counsel, subject to the approval of the Court, that Olga Fonseca be

24  awarded attorney fees and expenses in the amount of one thousand eight hundred

25  dollars ($1,800.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. §

26  2412(d).  This amount represents compensation for all legal services rendered on

-1-

1  behalf of Plaintiff by counsel in connection with this civil action, in accordance
2  with 28 U.S.C. §§ 1920; 2412(d).
3      After the Court issues an order for EAJA fees to Olga Fonseca, the
4  government will consider the matter of Olga Fonseca's assignment of EAJA fees to
5  Young Cho.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the
6  ability to honor the assignment will depend on whether the fees are subject to any
7  offset allowed under the United States Department of the Treasury's Offset
8  Program.  After the order for EAJA fees is entered, the government will determine
9  whether they are subject to any offset.
10      Fees shall be made payable to Olga Fonseca, but if the Department of the
11  Treasury determines that Olga Fonseca does not owe a federal debt, then the
12  government shall cause the payment of fees, expenses and costs to be made
13  directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment
14  executed by Olga Fonseca.  Any payments made shall be delivered to Young Cho.
15      This stipulation constitutes a compromise settlement of Olga Fonseca's
16  request for EAJA attorney fees, and does not constitute an admission of liability on
17  the part of Defendant under the EAJA.  Payment of the agreed amount shall
18  constitute a complete release from, and bar to, any and all claims that Olga
19  Fonseca and/or Young Cho including Law Offices of Lawrence D. Rohlfing may
20  have relating to EAJA attorney fees in connection with this action.
21      Young Cho reserves the right to contend that any non-payment caused by
22  the collection of a federal debt owed by Olga Fonseca violates 31 C.F.R. §
23  285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing in
24  this stipulation shall be construed as an admission by Young Cho that the
25  Government has the right or authority to offset the fees due and payable pursuant
26  to this stipulation.

This award is without prejudice to the rights of Young Cho and/or Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: August 1, 2011        Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                  /s/ *Young Cho*
                      BY:_____
                              Young Cho
                              Attorney for plaintiff Olga Fonseca

DATED:  August 1, 2011        BENJAMIN B. WAGNER
                                United States Attorney

                               /s/ *Kathryn R. Watson*
                              _____
                              Kathryn R. Watson
                              Special Assistant United States Attorney
                              Attorneys for Defendant Michael J. Astrue,
                              Commissioner of Social Security
                              (Per e-mail authorization)

## ORDER

IT IS SO ORDERED.

Dated:  **August 2, 2011**        /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE